UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 4:23CR509 SEP |
| ) | |
| JUSTIN GAITHER, ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

    Before the Court is Defendant's Motion to Continue Trial Date (Doc. [52]).  Trial in this matter is currently set for January 6, 2025.  Counsel states negotiations with the Government are ongoing.  The Government does not oppose Defendant's motion, which is accompanied by an executed waiver of the Defendant's speedy trial rights (Doc. [53]).

    For the reasons stated in Defendant's motion, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Accordingly,

    **IT IS HEREBY ORDERED** that the Motion to Continue (Doc. [52]) is **GRANTED**.

    **IT IS FURTHER ORDERED** that trial in this matter is continued to February 18, 2025, at 9:00 AM, in the courtroom of the undersigned.

    **IT IS FINALLY ORDERED** that the time between January 6, 2024, and February 18, 2024, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

    Dated this 31st day of December, 2024.

                                                                             _____
                                                                             SARAH E. PITLYK
                                                                             UNITED STATES DISTRICT JUDGE